IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**OSIRIS E LOPEZ,**

    **Plaintiff,**
**v.**                                                              **CASE NO. 1:06-cv-00114-MP-AK**

**CLEVELAND CLINIC,**
**et al,**
    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion to Change Venue which concerns his state court criminal case and should not have been filed in the present matter. (Doc. 17). Consequently, the motion (doc. 17) is **DENIED** as moot.

Further, Plaintiff has not submitted the partial filing fee as required (doc. 14) and until this fee is submitted nothing further will be done on his case.

**DONE AND ORDERED** this **20th** day of July, 2006

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**