# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**OSIRIS E. LOPEZ,**

    **Plaintiff,**

**vs.**                                                            **CASE NO. 1:06CV114-MMP/AK**

**CLEVELAND CLINIC,**
**et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

The original complaint in this cause was filed on May 30, 2006, and is largely incoherent. (Doc. 1). After filing numerous letters to the Court, which add nothing to the complaint and finally paying the initial filing fee, the Court reviewed the complaint and directed Plaintiff to file an amended complaint or a habeas petition since it was unclear from the papers he had filed what type of case he was actually trying to assert. (Doc. 46). An amended complaint was due on October 26, 2006, but none was filed. Thus, an Order to Show Cause was entered on November 9, 2006, but this was returned as undeliverable. (Doc. 51). A new address was provided and the Order to Show Cause

was mailed to the updated address, but as of this date nothing further has been filed and there has been no further contact from Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he file an amended complaint and show cause why this case should not be dismissed. (Docs. 46 and 50). The present state of the pleadings is an incoherent complaint that seems to raise issues of habeas relief and numerous letters which are also largely incoherent. The undersigned is of the opinion that this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 26th Day of December, 2006.

      s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:06CV114-MMP/AK