IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OSIRIS E LOPEZ,

    Plaintiff,

v.                                    CASE NO. 1:06-cv-00114-MP-AK

ALACHUA COUNTY PUBLIC
DEFENDERS OFFICE, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Docs. 53 and 54, two Report and Recommendations of the Magistrate Judge, recommending that this matter be dismissed. Plaintiff seeks injunctive relief "against the malicious prosecution and false imprisonment and any other appropriate relief in Equity, including Habeas Corpus, under 28 U.S.C. 2241 and 2242, certiorari review, punitive and compensatory damages, etc., while also believing 42 U.S.C. 1988 applies." (Doc. 1, p.8). He sues a number of law enforcement officers, prosecuting and defense attorneys, judges, and offices and agencies involved in charges brought against him in Broward County. Thus, Plaintiff has ongoing state court criminal proceedings and is currently being represented by counsel in those proceedings.

Because of this, the Court agrees with the Magistrate Judge that any injunctive relief concerning these proceedings is foreclosed by <u>Younger v. Harris</u>, 401 U.S. 37, 54-55 (1971),

which held that state criminal defendants may not assert ancillary challenges to ongoing state criminal proceedings in federal court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *1st*  day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:06-cv-00114-MP-AK*